UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRIS W. TAYLOR,<br><br>    Plaintiff,<br><br>    v.<br><br>YAKIMA CITY POLICE DEPARTMENT, OFFICER G. RAMOS, OFFICER GROW and 4-6 OTHER OFFICERS,<br><br>    Defendants. | NO. CV-12-3017-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

Magistrate Judge Hutton filed a Report and Recommendation on May 10, 2012, ECF No. 9, recommending that Mr. Taylor's Motion to Voluntarily Dismiss and his Motion to waive collection of the remaining balance of the filing fee be granted. There being no objections, the Court **ADOPTS** the Report and Recommendation. Plaintiff's Motions, ECF No. 8, are **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE**. The institution having custody of Mr. Taylor shall **CEASE** collection of the filing fee in this action, cause number **CV-12-3017-JPH.**

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff and close the file. The District Court Executive is further directed to send a copy of this Order to the **Yakima County Jail, Attn: Jail Office Supervisor, 111 N. Front St.,**

ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 1


**Yakima, WA 98901,** to forward to the appropriate agency having custody of Plaintiff. The District Court Executive also **shall** provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

**DATED** this 6th day of June, 2012.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 2