AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

CHRIS W. TAYLOR,

                Plaintiff,

                                          JUDGMENT IN A CIVIL CASE

                    v.

YAKIMA CITY POLICE DEPARTMENT,
OFFICER G. RAMOS, OFFICER GROW and       CASE NUMBER: CV-12-3017-JPH
4-6 OTHER OFFICERS,

                Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the Complaint is DISMISSED WITHOUT PREJUDICE.

June 6, 2012                                           JAMES R. LARSEN
*Date*                                                      *Clerk*

                                                        s/ Sheila Parpolia
                                                        *(By) Deputy Clerk*

                                                        Sheila Parpolia